and stead of John J. Tomich, deceased, as party defendant, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

DOLORES F. WAGNER, Appellant, v. GEORGE G. WAGNER, Respondent.— Order denying stay, and order modifying award of alimony provided for in the judgment, affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

In the Matter of the Application of HORACE PHILIP HEFFERNAN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of ARTHUR LESLIE LUDOLPH for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of SAMUEL MARKLE for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of CARROLL SINGLE for Admission to the Bar. (From the State of California.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

PATRICK CALLAHAN, Appellant, v. ANNIE ELIZABETH RASMUSSEN, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion for stay of proceedings granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

SAMUEL I. COHEN, Respondent, v. JACOB FELLERMAN, Appellant. (Specific performance.) — Motion to extend time to perfect appeal granted on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

SAMUEL I. COHEN, Respondent, v. JACOB FELLERMAN, Appellant. (Specific performance.) — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

DE NOBILI CIGAR COMPANY, Respondent, v. GIUSEPPE ALFIERI, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Young, Kapper, Lazansky and Hagarty, JJ.

SAMUEL DE REFLER, on Behalf of Himself and All Similarly Situated Stockholders of the VICTORY CLEANERS & DYERS, INC., Respondent, v. SAMUEL KASHNER, BARNETT NASSAU, HENRY L. HAMMER, WILLIAM KASHNER and THE VICTORY CLEANERS & DYERS, INC., Appellants.— Motion for stay denied. Defendants are given ten days from the entry of the order herein within which to serve answer. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ROY DE SALLES, Respondent, v. WESTCHESTER OPERATING COMPANY, Appel-

lant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ERDNA HOLDING CORPORATION, Respondent, v. GREEN CIRCLE, INC., J. ROMAINE BROWN COMPANY and DORIS M. SPINNEY, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Rescission action.) — Motion to extend time to perfect appeal granted on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Vendee's lien action.) — Motion to extend time to perfect appeal granted on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Rescission action.) — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Vendee's lien action.) — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for rehearing of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for rehearing of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for rehearing of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

BERTHA FIDELMAN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

FLORAL PARK MUTUAL FUEL CO., INC., and JOHN LEWIS CHILDS, INC., Respondents, v. ANNIE E. FISKE, Defendant. GEORGE MAURE and Another, Appellants.— Motion for extension of time denied, no merit having been shown in the application. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.